# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 15-493 |
| TOWANDA VANOSTEN | : | |

## ORDER

AND NOW, this 19th day of Oct., 2015, upon consideration of the government's Motion to Dismiss the Indictment in the above captioned case, it is hereby:

ORDERED

that the Motion is GRANTED and the above indictment is DISMISSED.

BY THE COURT:

_____
HONORABLE C. DARNELL JONES II
*Judge, United States District Court*